U.S.

v.

**Benjamin S. MOFFITT**

**No. 17-0513/AR**

U.S. Court of Appeals for the Armed Forces.

August 29, 2017

CCA 20160186

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Jarrett D. BROOKS**

**No. 17-0533/AR**

U.S. Court of Appeals for the Armed Forces.

August 29, 2017

CCA 20160556

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Vashaun M. BLANKS**

**No. 17-0404/AF**

U.S. Court of Appeals for the Armed Forces.

August 29, 2017

CCA 38891

DAILY JOURNAL

Orders Granting Petition for Review

On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

IN LIGHT OF THIS COURT'S DECISION IN UNITED STATES v. HAVERTY, 76 M.J. 199 (C.A.A.F. 2017), DID THE MILITARY JUDGE ERR WHEN HE INSTRUCTED THE MEMBERS APPELLANT COULD BE CONVICTED OF NEGLIGENT DERELICTION OF DUTY?

Briefs will be filed under Rule 25.

